_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

AUG   5 2025

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                    DEPUTY

*KSC/06.17.25*
AOA: USAO #2022R00169

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. JKB-23-147** |
| | * | |
| **v.** | * | **(Possession with Intent to Distribute** |
| | * | **Controlled Substances, 21 U.S.C. §** |
| **KARA GASPER,** | * | **841(a); Forfeiture, 21 U.S.C. § 853)** |
| | * | |
| | * | |
| **Defendant.** | * | |

## SUPERSEDING INFORMATION

### COUNT ONE
### (Possession with Intent to Distribute Controlled Substances)

The United States Attorney for the District of Maryland charges that:

On or about October 5, 2022, in the District of Maryland, the defendant,

### KARA GASPER,

did knowingly and intentionally possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## FORFEITURE ALLEGATIONS

The United States Attorney for the District of Maryland further charges that:

1.    Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, in the event of the Defendant's conviction under Count One of this Superseding Information.

### Narcotics Forfeiture

2.    Upon conviction of the offense alleged in Count One, the Defendant shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853(a):

    a.    any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and

    b.    any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense.

### Substitute Assets

3.    If any of the property described above as being subject to forfeiture, as a result of any act or omission by the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been comingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property, pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853

*Kelly O. Hayes*

ADEYEMI ADENRELE    Digitally signed by
ADEYEMI ADENRELE
Date: 2025.08.05
06:57:55 -04'00'

Kelly O. Hayes
United States Attorney

3