# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA　*

　　　　vs.　　　　　　　　　　*　　Case No.: 23-0147 JKB

KARA GASPER　　　　　　　*

　　Defendant　　　　　　　*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF THE COURT

**UPON** consideration of Defendant's Motion to Continue Sentencing, it is on

this _14_ day of ___April___, 2026 hereby:

**ORDERED,** that the motion is **GRANTED**; and it is further,

**ORDERED,** that the sentencing hearing presently scheduled for Wednesday,

April 22, 2026 at 3:00 pm is hereby continued to ~~a date that is convenient to the Court and all parties;~~ *July 8, 2026, at 11 a.m.;* and it is further,

**ORDERED,** that the deadline within which to file the sentencing

memorandum is hereby extended, *by 2 weeks from current deadline.*

_____
Judge, United States District Court