# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**          **\***

  **vs.**                                          **\***      **JKB-23-147**

**KARA GASPER**                    **\***

  **Defendant**                                  **\***

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

## MOTION TO EXTEND DEADLINE TO FILE SENTENCING MEMORANDA

The Defendant, Kara Gasper, by and through his attorney, John M. McKenna and Brennan, McKenna & Lawlor, Chtd., respectfully requests that this Honorable Court extend the deadline for the parties to file sentencing memoranda through Tuesday, May 12, 2026. In support of this motion, counsel states as follows:

1.    On August 6, 2025, Ms. Gasper entered a guilty plea in this matter. After the Rule 11 hearing, Ms. Gasper was continued on conditions of release. On April 8, 2026, Ms. Gasper appeared for a bail review hearing. After a further hearing held on April 13, 2026, Ms. Gasper was ordered detained pending sentencing. Sentencing is currently scheduled for July 8, 2026. The parties are due to file sentencing memoranda on or before May 6, 2026. At this time, Ms. Gasper respectfully requests that the Court extend the deadline for the filing of sentencing memoranda through May 12, 2026.

1

2.    Counsel recognizes that counsel has previously requested an extension of the deadline by which to file the sentencing memorandum in this case. This request is not made for the purpose of delay. Counsel is diligently working to prepare the memorandum in Ms. Gasper's case. However, in light of the complexity of Ms. Gasper's case and the substantial amount of mitigation information in Ms. Gasper's background, counsel requires some additional time to prepare the sentencing submission.

3.    Moreover, last week, counsel appeared for a lengthy suppression hearing before Judge Griggsby in *United States v. Cleckley*, No. LKG-24-329. In that matter, counsel received voluminous discovery materials on the eve of the multi-witness evidentiary hearing. Counsel engaged in intensive preparation for hearing and devoted substantial resources to those preparations. Additionally, counsel has been engaged in trial preparation in a homicide matter in the Circuit Court for Anne Arundel County. *See State v. Wilson*, No. C-02-CR-24-000511. It appears possible that the matter may resolve (later this afternoon) short of trial. However, counsel has been working around the clock, including over this past weekend, to engage in negotiations with the State, counsel his young detained client, and prepare for trial in the event that the parties are unable to resolve the matter. Moreover, last week, counsel appeared for a contested sentencing in a Prince George's County Circuit Court homicide case that was tried to a jury verdict. *See State v. Brown*, No. C-16-

CR-24-001615. In light of the press of these and other matters, counsel respectfully requests additional time to prepare the sentencing submission in Ms. Gasper's case.

4.      Counsel continues to gather mitigation materials and conduct research for the sentencing presentation in Ms. Gasper's case. Should the Court grant the requested extension, counsel respectfully submits that there will be sufficient time for the Court to review the sentencing memorandum and prepare for the July 8 hearing.

5.      Accordingly, the undersigned respectfully requests an extension of the deadline for the parties to file sentencing memoranda through May 12, 2026.

6.      The undersigned counsel has conferred with Assistant United States Attorney Adeyemi Adenrele of the Office of the United States Attorney, who has indicated that the Government takes no position on this request.

For these reasons, Ms. Gasper respectfully requests that this Court extend the current filing deadline for sentencing memoranda through May 12, 2026.

                                        Respectfully submitted,
                                          /s/
                                        _____
                                        John M. McKenna
                                        Bar Number 14894
                                        Brennan, McKenna & Lawlor, Chtd.
                                        6305 Ivy Lane, Suite 700
                                        Greenbelt, Maryland 20770
                                        (301) 474-0044
                                        jmckenna@brennanmckenna.com

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2026, a copy of the foregoing was sent to the United States Attorney's Office for the District of Maryland, via ECF.

/s/

_____

John M. McKenna