**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **No. JKB-23-147** |
| | **:** | |
| **KARA GASPER** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## <u>PROPOSED ORDER</u>

Upon consideration of Defendant Kara Gasper's Motion to Seal, it is on this

\_\_\_\_\_ day of _____, 2026 hereby:

**ORDERED,** that the motion is **GRANTED**; and it is further

**ORDERED**, that the Defendant's Memorandum in Aid of Sentencing and

supporting exhibits be filed under seal.

_____

Hon. James K. Bredar
United States District Judge