IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          :

v.                                :          Case No.  23-147

KARA GASPER                       :

   Defendant                      :

...oooOooo...

ENTRY OF APPEARANCE

Please enter the appearance of Tony N. Garcia, Esq., and Garcia Law, LLC as attorneys for the Defendant, Kara Gasper.

Respectfully submitted

_____/s/_____
TONY N. GARCIA
Garcia Law, LLC
7 Saint Paul Street
Suite 1100
Baltimore, Maryland 21202
PHONE: (410) 814-4600

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2026, a copy of the foregoing Entry of Appearance was filed using the CM/ECF Filing system, and all interested parties have been served.

_____/s/_____
TONY N. GARCIA